1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    THEDWARD CANDLER,                          No. CIV S-07-1055-LEW-CMK-P

12              Plaintiff,

13        vs.                                     ORDER

14    RIGNEY, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an application to proceed in forma

19    pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be

20    provided the opportunity to submit either a completed application to proceed in forma pauperis

21    or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result

22    in the dismissal of this action.  See Local Rule 11-110.

23              Accordingly, IT IS HEREBY ORDERED that:

24              1.     Plaintiff shall submit on the form provided by the Clerk of the Court,

25    within 30 days from the date of this order, a complete application for leave to proceed in forma

26    pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

1

Dockets.Justia.com

1          2.        The Clerk of the Court is directed to send plaintiff a new form Application

2    to Proceed In Forma Pauperis By a Prisoner.

3

4    DATED:   June 8, 2007.

5

6                                                   _____
                                                    **CRAIG M. KELLISON**
7                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26